IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | 1:11-CV-03039-ODE |
| ) | |
| THE WEATHER CHANNEL, LLC, ) | |
| NBCUNIVERSAL MEDIA, LLC, ) | |
| BAIN CAPITAL, THE ) | |
| BLACKSTONE GROUP, L.P. and ) | |
| JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY THIS ACTION AND COMPEL ARBITRATION**

Defendants The Weather Channel, LLC ("TWC"), NBCUniversal Media, LLC ("NBCU"), Bain Capital ("Bain"), and The Blackstone Group, L.P. ("Blackstone"), referred to collectively as ("Defendants"), pursuant to 9 U.S.C. § 1, et seq., and Rule 12(b)(1) of the Federal Rules of Civil Procedure, file this Motion to Dismiss or, Alternatively, to Stay This Action and Compel Arbitration.[1]

In support of this Motion, Defendants rely on the following documents:

---

[1] Although the John Does 1-5 are not identified, the remaining Defendants present arguments applicable to such John Does and show that any claims against them should also be arbitrated.

Attachment A:   Declaration of Sylvia Taylor, including all exhibits attached thereto.

Attachment B:   Declaration of Patrick Lail, including all exhibits attached thereto.

As is more fully explained in the accompanying Memorandum, Plaintiff's case should be dismissed or alternatively, stayed, because the parties mutually agreed to submit their claims to binding arbitration.

Thus, Defendants respectfully request that this Court grant their Motion and enter an appropriate Order:

1. compelling the parties to arbitrate their claims and defenses; and
2. dismissing the Complaint or staying this action pending binding arbitration.

Respectfully submitted this 18th day of October, 2011.

        s/ Patrick L. Lail
        Stanford G. Wilson
        Georgia Bar No. 769175
        Alisa P. Cleek
        Georgia Bar No. 581063
        Patrick L. Lail
        Georgia Bar No. 431101

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower

229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (facsimile)
swilson@elarbeethompson.com
cleek@elarbeethompson.com
lail@elarbeethompson.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE MITCHELL,           )<br>                            )<br>    Plaintiff,            )<br>                            )     CIVIL ACTION NO:<br> v.                         )     1:11-CV-03039-ODE<br>                            )<br> THE WEATHER CHANNEL, LLC,  )<br> NBCUNIVERSAL MEDIA, LLC,   )<br> BAIN CAPITAL, THE          )<br> BLACKSTONE GROUP, L.P. and )<br> JOHN DOES 1-5,             )<br>                            )<br>    Defendants.             ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2011, I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY ACTION AND COMPEL ARBITRATION** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

> lance@lorussolawfirm.com
> rebecca@lorussolawfirm.com
> lhogue@gsu.edu

                                          s/Patrick L. Lail
                                        Patrick L. Lail
                                        Georgia Bar No. 431101

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303

(404) 659-6700
(404) 222-9718 (facsimile)
lail@elarbeethompson.com

- 2 -