**ATTACHMENT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | 1:11-CV-03039 |
| ) | |
| THE WEATHER CHANNEL, LLC, ) | |
| NBCUNIVERSAL MEDIA, LLC, ) | |
| BAIN CAPITAL, THE ) | |
| BLACKSTONE GROUP, L.P. and ) | |
| JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF SYLVIA TAYLOR

**COMES NOW** Sylvia Taylor and, pursuant to 28 U.S.C. § 1746, makes the following declaration:

1.

My name is Sylvia Taylor. I am over the age of twenty-one. I am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated in this Declaration and know them to be true. I understand that this Declaration is to be used in connection with the above-referenced civil action, and I give it freely for that purpose.

2.

I was hired by The Weather Channel, Inc. ("TWC" or "Company") on approximately March 1, 2010 as the Executive Vice President of Human Resources, a position I still hold today. In this position, my responsibilities include designing and executing the human resources strategy for the company, implementing key initiatives in change management, performance alignment, talent acquisition and leadership development to increase organizational effectiveness. I am also one of the custodians of the personnel records.

3.

TWC is a cross platform provider of weather news and information via various media, including a 24-hour cable television network, website, and mobile. TWC is distributed in all 50 states and covers weather events in all 50 states, often deploying meteorologists in the field to cover severe weather events wherever they may occur throughout the United States.

4.

In 2008, TWC was acquired by NBC universal, Inc ("NBCU"), Bain Capital ("Bain") and the Blackstone Group, LP ("Blackstone"). Through this acquisition, NBCU, Bain and Blackstone replaced the prior owner of TWC. In 2010, TWC

was converted from a Georgia corporation to a Georgia limited liability company, The Weather Channel, LLC.

5.

On October 30, 2006, Plaintiff Nicole Mitchell ("Plaintiff") entered into an On-Camera Meteorologist Employment Agreement with TWC, Inc. ("Employment Agreement"), effective February 1, 2007 through January 31, 2011, for employment as an On-Camera Meteorologist ("OCM") with TWC, Inc. A true and correct copy of the Employment Agreement is attached hereto as Exhibit 1.

6.

The Employment Agreement includes a paragraph on "Remedies – Arbitration" and also references the arbitration procedure ("Arbitration Agreement") attached to it in its Exhibit C.

7.

By signing the Employment Agreement, Plaintiff acknowledged that she agreed to abide by the terms and conditions in the Employment Agreement.

8.

By signing the Arbitration Agreement, Plaintiff also acknowledged separately that she consented to the Arbitration Agreement.

9.

Under the Employment Agreement, "TWC and OCM covenant and agree that all disputes arising out of or concerning the employment relationship or termination thereof between them, including, without limitation, any claim arising under any federal, state, or local law, regulation, or ordinance, shall be resolved timely and exclusively by final and binding arbitration pursuant to the Rules of the American Arbitration Association."

10.

The Arbitration Agreement provides:

By signing this Agreement, [On-Camera Meterologist] and TWC agree that all Claims, as defined below, will be resolved timely and exclusively by final and binding arbitration. Claims will be resolved exclusively by one neutral arbitrator, rather than by a court or jury. . . As used in this Agreement, "Claims" means disputes arising out of or related to your application for employment, your employment by TWC, or your separation from employment with TWC . . . and includes any such Claims you may have against current or former supervisors, co-employees, officers, and other employees or agents of TWC, in their capacity as such and otherwise. The term "Claims"

includes, but is not limited to, claims arising under . . . any [] federal law, state law, [etc.] . . . including, without limitation, any claims which are in the nature of claims for discrimination . . .

11.

The Arbitration Agreement encourages the OCM to seek legal advice before signing the agreement because it affects her right to a trial by jury.

I have read the foregoing Declaration consisting of eleven (11) paragraphs and, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of October, 2011.

_____
Sylvia Taylor

**EXHIBIT NO. 1**

Case 1:11-cv-03039-ODE   Document 7-1   Filed 10/18/11   Page 7 of 20

# ON-CAMERA METEOROLOGIST
# EMPLOYMENT AGREEMENT

THIS ON-CAMERA METEOROLOGIST EMPLOYMENT AGREEMENT (the "Agreement") is made, entered into, and effective this 24th day of August 2006, by and between The Weather Channel, Inc., hereinafter referred to as "TWC" and Nicole Mitchell hereinafter referred to as "OCM".

WHEREAS, OCM understands and agrees to be employed by TWC in the position of On-Camera Meteorologist, and, in that position, OCM will be assigned to perform the duties customarily incident to that position including, but not limited to those duties described in Exhibit A, which may be modified from time to time as TWC deems appropriate.

WHEREAS, OCM acknowledges that his/her continued employment and agreed upon compensation for such employment by TWC is sufficient consideration for his/her execution of this Agreement and the undertakings set forth herein.

NOW THEREFORE, TWC and OCM hereby agree as follows:

1. **Employment Agreement**

    (a) **Employment.** OCM accepts employment or continued employment on the terms and conditions hereafter set forth below.

    (b) **Term.** The term of employment under this Agreement shall commence as of February 1, 2007 and shall continue through January 31, 2011 ("Employment Period"). If TWC desires to renew this agreement, it will notify the OCM of the proposed terms of the renewal at least 45 days prior to the expiration of this agreement, and during said 45 day period, the parties shall negotiate in good faith in an effort to achieve a satisfactory agreement for the renewal term.

    (c) **Compensation and Benefits.** TWC agrees to pay OCM compensation and provide benefits according to the terms attached as Exhibit B.

    (d) **Termination.**

        (1) The Employment Period shall be divided into successive twelve (12) month terms ("Twelve Month Terms"), commencing with the beginning of the Employment Period. TWC may terminate this Agreement without Cause effective at the end of any Twelve

_____          _____
OCM Initials                    TWC Initials

-1-

04.16.03

Month Term by giving ninety (90) days prior written notice of termination to OCM, and OCM shall be entitled to only the compensation due through the end of the Twelve Month Term. During the last 90 days of any Twelve Month Term, TWC may, in its sole discretion, terminate this Agreement immediately, and pay an amount equal to OCM's compensation under this Agreement as a substitute for the 90 day period of notice required under this Agreement or may provide a combination of notice and compensation in lieu of notice, that equals the 90 day period of notice required. TWC may immediately terminate OCM's employment for Cause. "Cause" shall mean any of the following: fraud, misappropriation, embezzlement, theft, dishonesty, deliberate refusal to perform assigned duties, habitual neglect of duties, insubordination, conviction of a crime involving moral turpitude, incompetence, actions damaging the image or reputation of TWC, or poor performance. If OCM is terminated for Cause, OCM shall be entitled to receive only the compensation accrued through the date of termination, and no further or additional compensation shall be due hereunder.

(2) In the event OCM becomes unable to perform the essential functions of his/her job or dies, all of TWC's obligations under this Agreement end immediately except for the benefits that may be provided under the terms of the TWC employee benefit programs.

(3) OCM may terminate this Agreement upon ninety (90) days prior written notice, such notice to be delivered by OCM to TWC between 2/1/09 and 5/1/09, only in the event that as of 2/1/09, OCM has not been assigned to a primary role in a regularly scheduled TWC programming block, as further defined below. "Primary role" means that OCM is a host or co-host in a programming block with a title (e.g. as current examples, those shows currently entitled Evening Edition, Your Weather Today, PM Edition, First Outlook, etc.). "Regularly scheduled" means that the programming block airs on a recurring basis at least twice per week during any day part. If as of 2/1/09 OCM has been assigned a primary role in a regularly scheduled TWC programming block, OCM shall have no right to terminate this Agreement.

2. **Limited Non-Compete Agreement**

(a) For purposes of this Agreement, "Competitive Business" is defined as any business, however organized, that transmits information, news, and stories concerning weather via cable and/or satellite operations, or the major networks (ABC, CBS, CNN, FOX, NBC or their affiliated cable networks), to television viewers throughout the United States, or to local audiences in any of the following markets as then defined by ACNeilsen or the industry accepted rating service: Atlanta, Georgia; Boston, Massachusetts; Chicago, Illinois; Dallas-Ft. Worth, Texas; Detroit, Michigan; Houston, Texas; New York, New York; Philadelphia, Pennsylvania; and Washington, D.C. OCM acknowledges that the restrictions in this agreement are necessary

_____    _____
OCM Initials       TWC Initials

to ensure that the training, business goodwill, and confidential information, including trade secrets, gained by the OCM from TWC are not used to injure TWC.

(b)  OCM agrees that during his/her employment by TWC and for a one hundred eighty (180) day period following the termination or expiration of OCM's employment with TWC, whether such termination is voluntary or involuntary, with or without cause, OCM will not, without the prior written consent of TWC, accept employment or affiliation with a Competitive Business in the United States wherein s/he would provide "Services," as hereinafter defined.  For the purpose of this paragraph the term Services shall mean providing information, news, or stories concerning weather on-the-air (which OCM acknowledges includes performance before a microphone or camera, live or recorded).

(c)  OCM acknowledges that TWC's public image and reputation are crucial to its business and that any on-the-air appearance or public appearance by OCM would reflect on and could have a negative impact on TWC's public image and reputation.  OCM agrees that during his/her employment by TWC s/he will not, within the United States, appear on-the-air or make a public appearance without the prior written consent of TWC.

## 2.5   Right of First Refusal

If OCM receives:

(i)   any full-time offer for employment or affiliation during the sixty (60) day period following OCM's employment by TWC or during employment by TWC (for employment or affiliation commencing after OCM's employment by TWC) and such offer would not violate the provisions of Section 2 of this Agreement; and/or,

(ii)  any full-time offer for employment or affiliation from or on behalf of a Competitive Business during the two hundred and ten (210) day period following OCM's employment or during employment by TWC (for employment or affiliation commencing after the period provided for in Section 2(b) of this Agreement),

OCM shall promptly submit the terms of any such offer to TWC in writing. TWC shall have twenty-one (21) days from its receipt of notice of such offer to make OCM a comparable offer (the "Matching Period"), and during the Matching Period, OCM shall not accept his or her outstanding offer.  In the event TWC and OCM do not reach an agreement during the Matching Period for a particular outstanding offer, OCM shall be free to accept that outstanding offer upon expiration of the Matching Period.

_____   _____
OCM Initials        TWC Initials

-3-

04 16 03

3. **Agreement Not to Solicit Employees**

OCM agrees that during his/her employment by TWC and for a two (2) year period following the termination of OCM's employment with TWC, whether such termination is voluntary or involuntary, with or without cause, OCM will not, without the prior written consent of TWC, either for him/herself or any other person or entity, solicit, recruit, or attempt to solicit or recruit, directly or indirectly, any person who is an employee of TWC and was an employee of TWC at any point during the two-year period before termination of OCM's employment, for the purpose of encouraging such employee to leave his/her employment with TWC.

4. **Non-Disclosure Agreements/Company Property**

OCM agrees to be bound by the TWC Employee Confidentiality and Invention Agreement which is made a part of and incorporated herein by reference.

5. **Rights, Etc.**

(a) **Recordings and Uses.** Without limiting the other provisions of this agreement, OCM expressly grants to TWC during the term of this Agreement the exclusive rights: to photograph, videotape, film and otherwise record and reproduce any or all of OCM's acts, poses, plays and appearances of any and all kinds made or done by OCM in, or in connection with, OCM's services hereunder, including, without limitation, OCM's appearances in programs or shows of TWC; and to record and reproduce OCM's voice and sounds produced by OCM; and to edit and transmit any or all of the same either separately or in conjunction with other acts, plays, poses, appearances, voices, sounds, programs and shows as TWC, in its sole discretion, may desire, without any restrictions or limitations of any nature. As between OCM and TWC, the rights herein granted to TWC shall include, without limitation, the complete, unencumbered, exclusive and perpetual rights, throughout the world, to exhibit, record, reproduce, broadcast, transmit, publish, sell, distribute, perform, display and use for any purpose, in any manner and by any means, whether now or hereafter known, invented, used or contemplated (specifically including, but not limited to, the internet, motion pictures, radio, television, televised motion pictures, printing and/or any other complete or partial recordation of any of the foregoing, and whether by any other similar or dissimilar means and/or manner), all or any part of the acts, poses, plays, appearances, voices, sounds, programs and shows mentioned in this subsection of this Agreement.

_____ _____
OCM Initials    TWC Initials

04.16.03

(b) **Ownership**. All results and proceeds of every kind and nature of the services rendered and to be rendered by OCM pursuant to or in connection with this Agreement, including, without limitation, OCM's on-camera performances and all ideas, suggestions, themes, stories, scripts, dialogue, titles and other material, whether or not in writing, which are created or contributed to by OCM at any time during the term of this Agreement and which in any way relate to the business or prospective business of TWC (collectively, "the Works"), are and shall be deemed to be work made for hire for TWC, and TWC is and shall be considered the author and the sole and exclusive owner of the Works and all rights, titles and interests therein, including without limitation all copyright and trademark rights.

(c) **Modifications**. OCM irrevocably grants TWC the perpetual right to change, add to, take from, edit, translate, reformat or reprocess the Works (including, without limitation, OCM's voice or likeness as embodied in the Works in which OCM appears) in any manner that TWC may in its sole discretion determine. To the fullest extent allowable under any applicable law, OCM hereby irrevocably waives and assigns to TWC OCM's so-called "moral rights" or "droit moral," if any. OCM expressly acknowledges that many parties will contribute to the shows in which OCM may appear and accordingly, if under any applicable law the above waiver or assignment by OCM of "moral rights" or "droit moral" is not effective, then OCM agrees to exercise such rights in a manner which recognizes the contributions of and will not have a material adverse effect upon such other parties.

(d) **Assignment**. Without limiting the aforesaid acknowledgments, OCM hereby assigns, grants and delivers (and hereby further agrees to assign, grant and deliver) exclusively unto TWC all rights, titles and interests of every kind and nature whatsoever now known or hereafter recognized in and to the Works, including all copyrights and trademarks in and to the Works. OCM further agrees to execute and deliver to TWC, its successors and assigns, such other and further instruments and documents as TWC reasonably may request for the purpose of establishing, evidencing, enforcing or defending its complete, exclusive, perpetual and worldwide ownership of all rights, titles and interests of every kind and nature whatsoever now known or hereafter recognized, including all copyrights and trademarks, in and to the Works, and OCM hereby constitutes and appoints TWC as his/her agent and attorney-in-fact, with full power of substitution, to execute and deliver such documents or instruments as OCM may fail or refuse to execute and deliver, this power and agency being coupled with an interest and being irrevocable.

(e) **Name and Likeness**. OCM irrevocably grants to TWC the perpetual right to issue and authorize publicity concerning OCM's employment hereunder and services in connection with this Agreement, and to use OCM's name, voice, likeness and biographical data

_____      _____
OCM Initials    TWC Initials

04 16.03

in and in connection with the distribution, exhibition, advertising and other exploitation of the shows of TWC in which OCM appears and in other shows, products and services of TWC, of every kind if reference is made to TWC or its shows, products or services, or to OCM's employment hereunder, and provided that OCM is not represented as using or endorsing any such item.

6. **OCM's Ability to Enter Into Agreement**

OCM represents that OCM is free to enter into this Agreement, that OCM is not subject to any restrictive covenant or other contractual agreement or obligation that restricts OCM's ability to perform the duties of OCM's position, and that OCM can undertake his/her duties with TWC without limitation.

7. **Remedies for Breach of Contract**

OCM's services and the rights granted TWC under this Agreement are of a special, unique, unusual and extraordinary and intellectual character giving them a particular value, the loss of which cannot reasonably or adequately be compensated in damages in any action at law. A breach of this Agreement by OCM shall cause TWC irreparable injury and TWC shall be entitled to injunctive and other equitable relief to secure enforcement of this Agreement, but resort to such relief shall not waive TWC's other rights. In the event of a breach or a threatened breach by either party to this Agreement, the prevailing party shall be entitled, in addition to such other and further relief as a court or arbitrator may award, to recovery of its costs and reasonable attorneys fees.

8. **Construction of Covenants**

OCM agrees that the limitations placed upon OCM hereinabove are reasonable in all respects. In the event that restrictions contained herein are held by any court or other duly constituted legal authority to be effective only if modified to limit their duration or scope, or to be void or otherwise unenforceable, then such provisions shall be deemed amended and modified so as to comply with the order of any such court or other duly constituted legal authority and such provisions shall remain in full force and effect as set forth in the Agreement. Further, to the extent any court or other legal authority determines that a particular covenant or portion of this Agreement is unenforceable and further refuses to amend or modify such covenant to render the same enforceable, then such provision should be deemed severed from the remainder of the Agreement, such that all remaining covenants would remain in full force and effect.

9. **Remedies - Arbitration**

_____          _____
OCM Initials              TWC Initials

Except as specifically excluded by the arbitration procedure, TWC and OCM covenant and agree that all disputes arising out of or concerning the employment relationship or termination thereof between them, including, without limitation, any claim arising under any federal, state, or local law, regulation, or ordinance, shall be resolved timely and exclusively by final and binding arbitration pursuant to the Rules of the American Arbitration Association (AAA). Said arbitration procedure is attached as Exhibit C.

**10. Miscellaneous**

(a) **Waiver of Breach.** The waiver by TWC of a breach of any provision of this Agreement by OCM shall not operate or be construed as a waiver of any subsequent or other breach by OCM.

(b) **Assignment.** OCM shall not have the right to assign any right or obligation under this Agreement without the prior written consent of TWC. TWC may assign this Agreement to any other party with prior written notice to OCM.

(c) **Construction: Entire Agreement.** This Agreement and the attached Exhibits constitute the entire agreement between the parties with respect to the subject-matter hereof. This Agreement may not be changed, modified, amended, or altered in any way except by a written document signed by the party against whom enforcement of any waiver, change, amendment, or modification is sought.

(d) **Interpretation/Severability.** Rights and restrictions in this Agreement may be exercised and are applicable only to the extent they do not violate any applicable laws, and are intended to be limited to the extent necessary so they will not render this Agreement illegal, invalid, or unenforceable. If any term shall be held illegal, invalid, or unenforceable by a court of competent jurisdiction, the remaining terms shall remain in full force and effect.

(e) **Governing Law and Jurisdiction.** This Agreement is entered into in the State of Georgia and shall be construed in accordance with the laws of such state. The parties hereby submit to the jurisdiction of the State of Georgia and the federal and state courts and arbitrators therein, for the purpose of any suit, action, or other proceeding arising out of or relating to this Agreement.

**OCM and TWC acknowledge that they have read all of the terms of this Agreement and the exhibits thereto and agree to abide by its terms and conditions. OCM specifically acknowledges that OCM has been advised in writing that s/he has the right to consult with**

OCM Initials     TWC Initials

counsel prior to execution of this Agreement, that TWC has provided him/her the opportunity to seek such advice, and that s/he executes this Agreement knowingly and voluntarily.

**OCM**

By: _[signature]_

Date: 30 Oct 06

**THE WEATHER CHANNEL, INC.**

By: _[signature]_

Title: SVP & GEN MGR

Date: 10-30-06

_[initials]_
OCM Initials      TWC Initials

04.16.03

**Exhibit A** – Nicole Mitchell

On-Camera Meteorologist for The Weather Channel in Atlanta, Georgia

The On-Camera Meteorologist is the direct link between the customer and The Weather Channel product presented on any media platform. An OCM is responsible for preparing and performing shows and material to meet or exceed customer expectations based on research and management evaluations. An OCM will perform duties as assigned and respond to changes in job responsibilities as The Weather Channel Companies' programming evolves across media platforms. An OCM is also responsible for quality control of the product, coordination with meteorology, broadcast operations and production, and following program format and network policies.

An OCM will be required to participate in activities to support TWC including, but not limited to, appearances, promotional shoots, building affiliate relations, among other activities, as needed in accordance with TWC's standard practices.

_____          _____
OCM Initials                  TWC Initials

**Exhibit B** – Nicole Mitchell

1. **Compensation**

   2/1/07 to 1/31/08     at the annualized rate of $120,000

   2/1/08 to 1/31/09     at the annualized rate of $145,000

   2/1/09 to 1/31/10     at the annualized rate of $170,000

   2/1/10 to 1/31/11     at the annualized rate of $200,000

2. **Benefits**

   (a) You will be eligible for the regular TWC benefits during the term of this Agreement.
   (b) In addition, as an OCM, you will receive a clothing allowance of up to $6,000 (less applicable tax withholdings) during each year of this agreement, to be applied toward approved purchases for your on-air wardrobe. Receipts must be submitted as directed by TWC to ensure that this allowance is being used for approved clothing.
   (c) In addition, as an OCM, you will receive reimbursement for approved costs of personal hair care of up to $840.00 per year and reimbursement for approved purchases of personal makeup for on-air use of up to $200.00 per year.
   (d) In addition, TWC will pay for and allow OCM to attend one, approved in advance, meteorological conference every two (2) years as part of your work duties.

_____   _____ 10-30-06
OCM Initials         TWC Initials

**EXHIBIT C**

**ARBITRATION AGREEMENT**

In accordance with the On-Camera Meteorologist Employment Agreement between The Weather Channel, Inc., and the undersigned OCM, this Agreement requires you to arbitrate any legal dispute you may have with TWC, as defined in more detail below. This Arbitration Agreement ("Agreement") affects your right to a trial by a jury; therefore, you may wish to seek legal advice before signing this Agreement.

Section 1: Duty to Arbitrate

By signing this Agreement, OCM and TWC agree that all Claims, as defined below, will be resolved timely and exclusively by final and binding arbitration. Claims will be resolved exclusively by one neutral Arbitrator, rather than by a court or jury. In all cases, such arbitration shall be conducted under the most current version of the American Arbitration Association's National Rules for the Resolution of Employment Disputes ("AAA Rules"), and/or such other procedures as the parties both agree in writing. The neutral Arbitrator shall be selected through the American Arbitration Association ("AAA"), unless the parties agree otherwise, in writing. The Federal Arbitration Act shall apply to this Agreement. Any hearing shall be held in the Atlanta, Georgia, area.

This Agreement is intended by TWC and OCM to be enforceable under the Federal Arbitration Act. TWC and OCM agree that TWC's business and OCM's performance of his/her job duties and responsibilities are conducted in interstate commerce and have an effect on interstate commerce. Should it be determined by any court of competent jurisdiction that the Federal Arbitration Act does not apply to any particular dispute between TWC and OCM, then the provisions of this Article are intended to be enforceable under the arbitration law of the State of Georgia.

As used in this Agreement, "Claims" means disputes arising out of or related to your application for employment, your employment by TWC, or your separation from employment with TWC (including any job-related post-separation disputes) and includes any such Claims you may have against current or former supervisors, co-employees, officers, and other employees or agents of TWC, in their capacity as such and otherwise. The term "Claims" includes, but is not limited to, claims arising under Title VII of the Civil Rights Act of 1964, as amended; the Civil Labor Standards Act; the Americans with Disabilities Act; the Family and Medical Leave Act; the Employee Retirement Income Security Act; the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended; and any other federal law, state law, municipal law, local law, common law, or action arising in law, in equity, in contract (whether express or implied), or in tort, including, without limitation, any claims which are in the nature of claims for discrimination, wrongful discharge, retaliation, emotional distress, defamation, invasion of

_____     _____
OCM Initials   TWC Initials

-1-

privacy, harassment, breach of duty, negligence and other claims related to or arising out of OCM's employment or the termination of OCM's employment with TWC. "Claims" also includes disputes against TWC's current or former supervisors, co-employees or officers or any of TWC's subsidiaries, parent companies, or affiliates (including, but not limited to, Landmark Communications, Inc.; Weather Services International Limited; the Weather Channel Interactive, Inc.; TWC Media Solutions, Inc.; or any of their current or former supervisors, co-employees, or officers.

The terms of this Agreement control over any prior arbitration agreements you may have signed with TWC and any prior discussion you may have had with a TWC representative about arbitration.

Section 2: Arbitrator's Authority

This Agreement shall not be construed to deprive a party of a substantive right preserved by law. To the extent possible, the Arbitrator will refer to and be bound by the Federal Rules of Evidence and the Federal Rules of Civil Procedure on issues not specifically covered by the AAA Rules. Except as otherwise provided by applicable law or in a contract of employment between the parties, no Arbitrator shall have the power to alter the employment-at-will status of any employee or to impose any limit on TWC's discretion to discipline or discharge any employee.

Section 3: Initiating Arbitration

Either party to this Agreement may initiate arbitration by delivering a written request to arbitrate to the American Arbitration Association, listing the Claim(s) to be arbitrated. A copy of the written request must also be served on the other party by hand delivery or by certified mail. Requests to TWC shall be sent to The Weather Channel, Inc.'s, Office of General Counsel at 300 Interstate North Parkway, SE, Atlanta, Georgia 30339-2403. Requests to OCM shall be delivered to the last known home address on file with TWC.

Section 4: Time Limits for Initiating Arbitration

The time limits for initiating arbitration of a Claim shall be the same time limits which would apply if the claim were filed in a court of competent jurisdiction. Regarding those Claims which require the filing of a charge or complaint with a governmental agency as a condition precedent to filing a lawsuit (such as the filing of an EEOC Charge), this condition precedent is hereby waived by TWC and a Claim shall be considered timely so long as that Claim is initiated with the AAA as required by Section 3, above, within the time limits established by law for the filing of such charge or complaint with a governmental agency.

Section 5: Motions

Either party shall have the right to file motions with the Arbitrator, including a motion to

_____     _____
OCM Initials           TWC Initials

-2-

dismiss and a motion for summary judgment. The Arbitrator shall rule on these motions prior to any evidentiary hearing on the Claim(s).

Section 6: Appeals

Either party may bring an action in any court of competent jurisdiction to enforce an arbitration award. A party opposing enforcement of an award may bring a separate action in any court of competent jurisdiction to set aside the award. The standard of review shall be the same as that applied by an appellate court reviewing a decision of a trial court sitting without a jury in Atlanta, Georgia.

TWC and OCM specifically covenant and agree that the foregoing provisions of this Paragraph shall not apply to:

(1) Any dispute between TWC and OCM involving or arising out of any violation, threatened violation, or claim of violation or threatened violation of any duty or obligation under the Employee Confidentiality and Invention Agreement between TWC and OCM; and

(2) TWC's right to seek temporary or preliminary injunctive relief, as provided in the On-Camera Meteorologist Employment Agreement, in the event of any violation or threatened violation of any of the covenants or promises set forth in Paragraphs 2-4 of that Agreement.

This Arbitration Agreement shall be interpreted so as to render it effective and reasonable. If any provision of this Arbitration Agreement is declared or determined by any court of competent jurisdiction to be illegal or invalid, or to have provisions that render the procedure set out in it to be unenforceable, the validity of the remaining parts, terms or provisions shall not be affected, but the illegal or invalid part, term or provision shall be deemed modified to the extent necessary to make the Agreement legal or to be excluded from this Agreement.

I acknowledge that this Agreement contains the entire agreement between the parties regarding arbitration and that I have not relied upon any additional terms or statements in deciding to sign this Agreement.

**OCM**  
By: _Nicole Mitchell_  
Date: _30 Oct 06_

**The Weather Channel, Inc.**  
By: _[signature]_  
Date: _10-30-06_

_NM_
OCM Initials    TWC Initials

-3-